# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR75-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **ORDER OF DISMISSAL** |
| ) | |
| LARRY ALLEN AIKENS ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals vacating the Defendant's conviction as to Count Two of the superseding indictment charging him with violating 18 U.S.C. § 922(g)(1) and instructing this Court to dismiss said charge. **See, *United States v. Aikens*, 2005 WL 2996439 (4th Cir. 2005).**

Pursuant to the Fourth Circuit's remand and instructions contained therein,

**IT IS, THEREFORE, ORDERED** that the charge contained in Count Two of the superseding indictment is hereby **DISMISSED WITH PREJUDICE.**

**Signed: December 30, 2005**

Lacy H. Thornburg
United States District Judge